COURT APPROVED TEXT

*Lloyd v. BEK Enterprises, Inc., et al., No. 2:20-cv-1442-NJB-JVM*
(U.S. District Court for the Eastern District of Louisiana)

I represent a laborer formerly employed by BEK Enterprises in a collective action lawsuit against BEK Enterprises, Inc. and its owner, Ashlee Graves, to recover alleged unpaid overtime wages. You are receiving this text because BEK's records indicate that you are eligible to participate in this collective action lawsuit and your rights may be affected by its outcome. The Court-authorized Notice explains the steps you need to take if you want to join. You can view the Notice and complete the Consent form by clicking **https://bohrerbrady.com/BEK-Enterprises-notice**

You must complete and return the Consent form by **[60 days from distribution of notice]** to participate in the litigation.

If you have any questions, please feel free to contact the attorneys at Bohrer Brady, LLC at (225) 925-5297, or by e-mail at info@bohrerbrady.com.

EXHIBIT "B"