# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WILLIAM LLOYD, individually and on behalf of all others similarly situated | * * * | |
| Plaintiff, | * * | |
| | * | CASE NO. 2:20-cv-1442 |
| versus | * * | |
| BEK ENTERPRISES, INC. and ASHLEE GRAVES | * * * | |
| | * | COLLECTIVE ACTION |
| Defendants. | * | |

## UNOPPOSED MOTION TO APPROVE SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, William Lloyd, who hereby moves the Court to approve the Settlement Agreement entered into by the Parties for the reasons more fully assigned in the attached Memorandum of Authorities. Undersigned counsel hereby certifies that counsel for Defendants does not oppose this motion.

Respectfully submitted:

By: */s/ Scott E. Brady*
Philip Bohrer
*phil@bohrerbrady.com*
Scott E. Brady
*scott@bohrerbrady.com*
BOHRER BRADY, LLC
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on May 10, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

                /s/ *Scott E. Brady*