# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM LLOYD, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>versus<br><br>BEK ENTERPRISES, INC. and ASHLEE GRAVES<br><br>Defendants. | CASE NO. 2:20-cv-1442<br><br>COLLECTIVE ACTION |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPROVE SETTLEMENT

Having considered Plaintiffs' Unopposed Motion to Approve Settlement, the Court ORDERS as follows:

1. The Court approves the Parties' Settlement Agreement as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act.

2. The Court approves a Service Award of $2,500.00 to Named Plaintiff William Lloyd for his efforts in bringing and prosecuting this matter.

3. The Court approves Plaintiff Counsel's attorneys' fees in the amount of $14,506.25, and reimbursement of Plaintiff Counsel's out-of-pocket costs in the amount of $1,197.76.

4. The Court approves the Net Settlement Amounts attached as Exhibit "B" to the Settlement Agreement respectively.

5. The consent forms on behalf of the Non-Settling Opt-In Plaintiffs, identified in Exhibit "C" of the Settlement Agreement, are withdrawn *without prejudice*.

6. Defendants shall make payment within fourteen (14) days after entry of this Judgment.

7. Plaintiff shall file a Stipulation of Dismissal with prejudice of this action in its entirety within thirty (30) days after Defendants make the final payment required by the Settlement Agreement.

8. The Court hereby enters final judgment in this case and there being no reason to delay entry of this final judgment, the Clerk of the Court is ordered to enter this final judgment forthwith pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. The Court retains jurisdiction over the action only to the extent necessary to oversee and enforce the terms of the settlement.

NEW ORLEANS, LOUISIANA, this 28th day of May, 2021.

_____
NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT